06-11-07   11:11   From-Cozen O'Connor - Cherry Hill      856-910-5075         T-739  P 003/003  F-478

JEFFREY L. NASH, ESQUIRE (JLN 6266)
COZEN O'CONNOR
45 Broadway Atrium, 16th Floor
New York, New York 10006
(212) 509-9400

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

---

RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

    Plaintiffs,

v.

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPANY & JOHN'S POWER EQUIPMENT,

    Defendants.

Case No.: 07-3914 (UA)

---

## STIPULATION EXTENDING TIME TO ANSWER

It is hereby stipulated and agreed by and between the attorneys for the Plaintiffs and the attorneys for Defendant, JOHN'S POWER EQUIPMENT, that the time within which the said Defendant may serve and file a responsive pleading to Plaintiffs' Complaint is hereby extended until July 11, 2007.

COZEN O'CONNOR
Attorneys for Plaintiff,
Ronald Valentine and
Theresa Valentine

_____
JEFFREY L. NASH, ESQ.
DATED: 6/11/07

MOLOD SPITZ & DESANTIS
Attorneys for Defendant,
John's Power Equipment

_____
SAL DESANTIS, ESQ. (SD 4481)
DATED: 6/11/07

SO ORDERED: 6/14/07

_____
U.S.D.J.