UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x
RONALD VALENTINE and THERESA VALENTINE,
husband and wife.                                                        Docket No.:  07-cv- 3914

                            Plaintiffs,

        -against-                                                    **FRCP RULE 7.1 DISCLOSURE STATEMENT**


MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPANY & JOHN'S POWER EQUIPMENT

                            Defendants.
-------------------------------------------------------------------------------- x

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, MTD PRODUCTS, INC. a non-governmental corporate party, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certifies as follows:

      **That no publicly held corporation owns 10% or more of its stock.**

Dated:  White Plains, New York

       June 20, 2007


                                              Respectfully Submitted,

                                              **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                                   s/
                                              Rosario M. Vignali
                                              Attorneys for Defendant
                                              MTD PRODUCTS, INC.
                                              3 Gannett Drive
                                              White Plains, NY 10604
                                              (914) 323-7000
                                              File No.:  10360.00001

TO: **COZEN O'CONNOR**
45 Broadway Atrium, 16th Floor
New York, NY 10006
212-509-9400

**Tecumseh Products Company**
100 East Patterson Street
Tecumseh, MI 49286

**John's Power Equipment**
215 Route 6
Milford, PA 18337-9329

1590004.1