# CERTIFICATE OF SERVICE

STATE OF NEW YORK         ]
                                                [ ss:
COUNTY OF WESTCHESTER]

      **ROSARIO M. VIGNALI** affirms that on the 20th day of June, 2007, I served Defendant MTD PRODUCTS, INC.'s within **ANSWER W/DEMAND FOR JURY TRIAL and FRCP RULE 7.1 DISCLOSURE STATEMENT**, upon:

**TECUMSEH PRODUCTS COMPANY**
100 East Patterson Street
Tecumseh, MI 49286

**JOHN'S POWER EQUIPMENT**
215 Route 6
Milford, PA 18337-9329

the parties in this action, at the above addresses designated by said parties, for that purpose by depositing true copies of same enclosed in a properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                            _____s/_____
                                            ROSARIO M. VIGNALI 514183

1593092.1