Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
JOHN'S POWER EQUIPMENT


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

                        Plaintiffs,            Case No.: 07 CIV. 3914 (WP4)

   -against-                                **RULE 7.1 STATEMENT**

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPNY & JOHN'S POWER EQUIPMENT,    Trial by Jury Demanded

                      Defendants.
-----------------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John's Power Equipment, a private, non-governmental party, certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
       July 11, 2007

                                      MOLOD SPITZ & DeSANTIS
                                      *Attorneys for Defendant*
                                      JOHN'S POWER EQUIPMENT

                                      By:_____/S/_____
                                        ALICE SPITZ (AS 5155)
                                      104 West 40th Street, 9th Floor
                                      New York, New York 10018
                                      Tel: (212) 869-3200
                                      File No.: FED-462

TO:

COZEN & O'CONNOR
*Attorneys for Plaintiffs*
*RONALD VALENTINE and THERESA VALENTINE*
45 Broadway Atrium, 16th Floor
New York, New York 10006
Tel: (212) 509-9400
By: Jeffrey L. Nash, Esq. (JLN 6266)