**McCARTER & ENGLISH, LLP**
Attorneys At Law
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendant
    Tecumseh Products Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VALENTINE and THERESA VALENTINE, husband and wife, | Case No.: 07-CIV-3914 (MDF) |
| Plaintiffs, | **CERTIFICATION OF SERVICE** |
| vs. | |
| MTD PRODUCTS INC., TECUMSEH PRODUCTS COMPANY & JOHN'S POWER EQUIPMENT, | |
| Defendants. | |

    BRYAN H. MINTZ, being duly sworn, deposes and says:

    1.    I am an associate at the firm of McCarter & English, LLP, attorneys for defendant Tecumseh Products Company in the above-captioned case. McCarter & English, LLP has been retained to defend this matter, and I am familiar with the facts as stated herein.

    2.    On this day, I caused to have electronically filed, with the United States District Court for the Southern District of New York, the Answer of defendant Tecumseh Products Company, along with a Local Rule 7.1 Corporate Disclosure Statement.

    3.    On this day, I caused to have served by regular mail, copies of the aforementioned documents to:

ME1 6574885v.1

| | |
|---|---|
| Jeffrey L. Nash, Esq.<br>Cozen O'Connor<br>45 Broadway Atrium, 16th Floor<br>New York, New York 10006<br>***Attorneys for Plaintiffs***<br>***Ronald Valentine & Theresa Valentine*** | Alice Spitz, Esq.<br>Molod Spitz & DeSantis, P.C.<br>104 West 40th Street<br>New York, New York 10018<br>***Attorneys for Defendant, John's Power Equipment*** |

Rosario M. Vignali, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, New York 10604
***Attorneys for Defendant, MTD Products, Inc.***

                                                                              Bryan H. Mintz

Dated: July 18, 2007