**McCARTER & ENGLISH, LLP**
Attorneys At Law
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendant
    Tecumseh Products Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VALENTINE and THERESA VALENTINE, husband and wife, | Civil Action No. 07-CV-3914 (MDF) |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| vs. | |
| MTD PRODUCTS INC., TECUMSEH PRODUCTS COMPANY & JOHN'S POWER EQUIPMENT, | |
| Defendants. | |

    Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Tecumseh Products Company (a non-governmental party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: July 18, 2007

                                                             Bryan H. Mintz, Esq.
                                                             McCarter & English, LLP
                                                             Four Gateway Center
                                                             100 Mulberry Street
                                                             Newark, New Jersey 07102
                                                             973-622-4444
                                                             *Attorneys for Tecumseh Products Company*

ME1 6555995v.1