UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
RONALD VALENTINE and THERESA                Civil Action No.  **07 CV 3914**
VAENTINE, husband and wife,

                        Plaintiffs',                **ANSWER TO CROSS-CLAIM**

    -against-

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPANY & JOHN'S POWER EQUIPMENT,

                        Defendants
------------------------------------------------------------------- x

     Defendant MTD PRODUCTS, INC. (hereinafter "MTD"), by and through its attorneys WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, as and for its Answer to the Cross-Claims asserted by John's Power Equipment in its Answer of July 11, 2007, states as follows:

     1.    Defendant MTD denies the truth of the allegations contained in paragraphs "FIFTY-FOURTH" and "FIFTY-FIFTH".

## DEMAND FOR A JURY TRIAL

   Defendant MTD PRODUCTS, INC. hereby demands a trial by jury in this matter.

     **WHEREFORE**, this answering defendant demands judgment pursuant to the Federal Rules of Civil Procedure:

        (a)    Dismissing Plaintiffs' Complaint in its entirety;

        (b)    Dismissing the cross-claim in its entirety; and

      (c)    awarding the costs and disbursements of this action.

Dated: White Plains, New York
       July 19, 2007

                                      Respectfully submitted,

                                      **WILSON, ELSER, MOSKOWITZ, EDELMAN**
                                          **& DICKER LLP**

                                      By:   s/
                                           Rosario M. Vignali, Esq.
                                    *Attorneys for Defendant MTD PRODUCTS, INC.*
                                    3 Gannett Drive
                                    White Plains, New York 10604
                                    (914) 323-7000
                                    File No.:  10360.00001

TO:    **MOLOD, SPITZ & DESANTIS**
        Attorneys for John's Power Equipment
        104 West 40th Street
        9th Floor
        New York, NY 10018
        (212) 869-3200
        Att:  Alice Spitz (File No. FED-462)

        **COZEN O'CONNOR**
        Attorneys for Plaintiffs'
        45 Broadway Atrium
        16th Floor
        New York, NY  10006
        (212) 509-9400
        Attn:  Jeffrey L. Nash, Esq.

        **McCARTER & ENGLISH**
        Attorneys for Tecumseh Products Company
        Four Gateway Center
        100 Mulberry Street
        P.O. Box 652
        Newark, NJ 07101-0652
        (973) 622-4444
        Att:  Bryan Mintz, Esq.