Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

                Plaintiffs,        Case No: 07-cv-03914 (WP4)(MDF)

   -against-                               **RULE 26 DISCLOSURE**

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPNY & JOHN'S POWER EQUIPMENT,

                Defendants.
-----------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, JOHN'S POWER EQUIPMENT, makes the following disclosure pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

(A)    <u>Names, Addresses and Phone Numbers of Witnesses</u>

       John Fredericks
       c/o John's Power Equipment
       215 Route 6
       Milford, PA 18337
       Tel: 570-296-7657

(B)    Defendant is presently searching to determine whether there is an applicable franchise agreement.

    The sales documents are not retrievable from the computer system and cannot be reproduced by defendant.

(C) Not applicable to answering defendant.

(D) A copy of the declarations sheet from the answering Defendant's insurance policy is annexed.

    PLEASE TAKE NOTICE that Defendant answering herein, reserves the right to supplement these responses at any time.

Dated: New York, New York
    August 28, 2007

              MOLOD SPITZ & DeSANTIS
              *Attorneys for Defendant*
              *JOHN'S POWER EQUIPMENT*

              By: _____
               ALICE SPITZ (AS 5155)
              104 West 40th Street, 9th Floor
              New York, New York 10018
              Tel: (212) 869-3200
              File No.: FED-462

TO:

COZEN & O'CONNOR
*Attorneys for Plaintiffs*
*RONALD VALENTINE and THERESA VALENTINE*
Libertyview, Suite 300
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002
Tel: (212) 509-9400
By: Jeffrey L. Nash, Esq. (JLN 6266)

WILSON, ELSER, MOSKOWITZ, EDELMAN
  & DICKER, LLP
*Attorneys for Defendant*
*MTD PRODUCTS INC.*
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
By: Rosario M. Vagnali, Esq.

MCCARTER & ENGLISH, LLP
*Attorneys for Defendant*
*TECUMSEH PRODUCTS COMPANY*
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
Tel: (973) 622-4444
By: Bryan H. Mintz, Esq.