Federated Internal Copy - fonts and format may vary from orig

# BUSINESSOWNERS POLICY

Mutual Company
Participating
Nonassessable Policy

FEDERATED MUTUAL
INSURANCE COMPANY
P.O. BOX 328
Owatonna, MN 55060
Phone: (507) 455-5200



Policy No  0025829

Account No  242-485-4

**NAMED INSURED AND MAILING ADDRESS**

JOHNS POWER EQUIPMENT
*JOHN FREDERICKS DBA
215 ROUTE 6
MILFORD PA   18337

**POLICY PERIOD:** from  10-01-2005   to   10-01-2006   12:01 A.M. Standard time at the designated business premises

**Business Operations:**  [x] Individual  [ ] Partnership  [ ] Corporation  [ ] Joint Venture   Other _____

[x] Loss Payable Clause      [ ] Mortgage Holders Interest Certificate      [ ] Contract of Sale Clause Certificate

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THE POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THE POLICY.

Policy Provisions Part 1

**MUTUALS - PARTICIPATION CLAUSE WITHOUT CONTINGENT LIABILITY:** No Contingent Liability This policy is nonassessable  The policyholder is a member of the company and shall participate, to the extent and upon the conditions fixed and determined by the Board of Directors in accordance with the provisions of law in the distribution of dividends so fixed and determined

**MUTUAL - MEMBERSHIP AND VOTING NOTICE:** The insured is notified that by virtue of this policy he or she is entitled to vote either in person or by proxy at any and all meetings of said Company  The Annual Meetings are held in this Home Office in Owatonna, Minnesota, on the third Tuesday of April in each year at ten o'clock A M.

In Witness Whereof, the Company has caused this policy to be executed and attested and if required by state law, its policy shall not be valid unless countersigned by a duly authorized representative of the Company

Secretary            President            By            Authorized Representative

**Part 1: This Policy is valid only when a Businessowners Policy Declaration Form Part 2 is attached hereto**

BP-F-1 (Mut ) (01-96)

Federated Internal Copy - fonts and format may vary from original

# BUSINESSOWNERS POLICY DECLARATIONS

Part 2

SCHEDULE

| Described Premises: | See Supplemental Declarations |
|---|---|
| **PROPERTY** | |
| Coverage | Limits of Liability |
| **Buildings:** | See Supplemental Declarations |
| **Business Personal Property:** | See Supplemental Declarations |
| **Deductible:** $500 | is the most we will deduct from any property and or inland marine loss or damage in any one occurrence. This provision does not apply to loss caused by or resulting from earthquake or mine subsidence, if covered by this policy |
| **LIABILITY** | |
| Coverage | Limits of Liability |
| Liability: | $1,000,000 |
| **Damage To Premises Rented to You:** $50,000 unless otherwise specified in the Supplemental Declarations | |
| **Property Damage Liability Deductible:** $500 | |

Forms and Endorsements attached at inception:   See Schedule attached.

Annual Premium:   $2,522

CERTIFIED ACTS OF TERRORISM PREMIUM:   $17

THIS DECLARATIONS PAGE, WITH THE POLICY PROVISIONS PART 1, SUPPLEMENTAL DECLARATIONS COVERAGE FORMS AND ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETE THIS POLICY

BP-F-100 (01-03)    Policy Number: 9025828    Transaction Effective Date    2005