Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

                Plaintiffs,         Case No.: 07-cv-3914

   -against-                       **CERTIFICATE OF SERVICE**

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPNY & JOHN'S POWER EQUIPMENT,

                Defendants.
-------------------------------------------------------------------X

    I hereby certify that on August 29, 2007, I caused to have electronically filed, with the United States District Court for the Southern District of New York, a copy of the Disclosure Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure.

    I hereby certify that on August 29, 2007, I caused to have served by regular mail, copies of the aforementioned documents to:

Jeffrey L. Nash, Esq.
Cozen & O'Connor
Libertyview, Suite 300
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002
*Attorneys for Plaintiffs*
*Ronald Valentine and Theresa Valentine*

Rosario M. Vagnali, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
*Attorneys for Defendant*
*MTD Products Inc.*

Bryan H. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
*Attorneys for Defendant*
*Tecumseh Products Company*

                                        ALICE SPITZ (AS 5155)

Dated: August 29, 2007