Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

                        Plaintiffs,        Case No: 07-cv-03914 (WP4)(MDF)

   -against-                         **SUPPLEMENTAL DISCLOSURE**
                                                     **PURSUANT TO RULE 26(e)(1)**
MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPNY & JOHN'S POWER EQUIPMENT,

                        Defendants.
------------------------------------------------------------------X

     PLEASE TAKE NOTICE that Defendant, JOHN'S POWER EQUIPMENT, makes the following supplemental disclosure pursuant to Rule 26(e)(1) of the Federal Rules of Civil Procedure:

     (D)    A copy of the Businessowners Policy of Insurance Policy # 9025828 for the period 10/01/05-10/01/06 from the answering Defendant is annexed.

     PLEASE TAKE NOTICE that Defendant answering herein, reserves the right to supplement these responses at any time.

Dated: New York, New York
       October 12, 2007

MOLOD SPITZ & DeSANTIS
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

By: _____/S/_____
ALICE SPITZ (AS 5155)
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
File No.: FED-462

TO:

COZEN & O'CONNOR
*Attorneys for Plaintiffs*
*RONALD VALENTINE and THERESA VALENTINE*
Libertyview, Suite 300
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002
Tel: (212) 509-9400
By: Jeffrey L. Nash, Esq. (JLN 6266)

WILSON, ELSER, MOSKOWITZ, EDELMAN
  & DICKER, LLP
*Attorneys for Defendant*
*MTD PRODUCTS INC.*
3 Gannett Drive
White Plains, NY 10604
Tel: (914) 323-7000
By: Rosario M. Vagnali, Esq.

MCCARTER & ENGLISH, LLP
*Attorneys for Defendant*
*TECUMSEH PRODUCTS COMPANY*
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
Tel: (973) 622-4444
By: Bryan H. Mintz, Esq.