**McCARTER & ENGLISH, LLP**
Attorneys At Law
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
Attorneys for Defendant
    Tecumseh Products Company

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD VALENTINE and THERESA VALENTINE, husband and wife,<br><br>                         Plaintiffs,<br>vs.<br><br>MTD PRODUCTS INC., TECUMSEH PRODUCTS COMPANY & JOHN'S POWER EQUIPMENT,<br><br>                        Defendants. | Case No.: 07-CIV-3914 (MDF)<br><br>**CERTIFICATION OF SERVICE** |

      BRYAN H. MINTZ, being duly sworn, deposes and says:

      1.    I am an associate at the firm of McCarter & English, LLP, attorneys for defendant Tecumseh Products Company in the above-captioned case. McCarter & English, LLP has been retained to defend this matter, and I am familiar with the facts as stated herein.

      2.    On this day, I caused to have electronically filed, with the United States District Court for the Southern District of New York, the Amended Answer of defendant Tecumseh Products Company.

      3.    On this day, I caused to have served by regular mail, copies of the aforementioned document to:

ME1 6964981v.1

Jeffrey L. Nash, Esq.  
Cozen O'Connor  
45 Broadway Atrium, 16th Floor  
New York, New York 10006  
***Attorneys for Plaintiffs***  
***Ronald Valentine & Theresa Valentine***

Alice Spitz, Esq.  
Molod Spitz & DeSantis, P.C.  
104 West 40th Street  
New York, New York 10018  
***Attorneys for Defendant, John's Power Equipment***

Rosario M. Vignali, Esq.  
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP  
3 Gannett Drive  
White Plains, New York 10604  
***Attorneys for Defendant, MTD Products, Inc.***

_____  
Bryan H. Mintz

Dated: December 5, 2007