Alice Spitz, Esq (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife, and LIBERTY
MUTUAL INSURANCE COMPANY,

|  |  |
|---|---|
| Plaintiffs, | Case No : 07 CIV. 3914 (WP4) |
| -against- | **RULE 7.1 STATEMENT** |
| MTD PRODUCTS, INC., TECUMSEH PRODUCTS COMPANY & JOHN'S POWER EQUIPMENT, | Trial by Jury Demanded |
| Defendants. | |

------------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for John's Power Equipment, a private, non-governmental party, certifies that it has no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
         December 5, 2007

                              MOLOD SPITZ & DeSANTIS
                              *Attorneys for Defendant*
                              *JOHN'S POWER EQUIPMENT*

                              By:_____
                                    ALICE SPITZ (AS 5155)
                              104 West 40th Street, 9th Floor
                              New York, New York 10018
                              Tel: (212) 869-3200
                              File No.: FED-462

TO:

COZEN & O'CONNOR
*Attorneys for Plaintiffs*
*RONALD VALENTINE and THERESA VALENTINE*
45 Broadway Atrium, 16th Floor
New York, New York 10006
Tel: (212) 509-9400
By: Jeffrey L. Nash, Esq. (JLN 6266)

Rosario M. Vagnali, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
**Attorneys for Defendant**
**MTD Products Inc.**

Bryan H. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
**Attorneys for Defendant**
**Tecumseh Products Company**