Alice Spitz, Esq. (AS 5155)
aspitz@molodspitz.com
MOLOD SPITZ & DeSANTIS, P.C.
104 West 40th Street, 9th Floor
New York, New York 10018
Tel: (212) 869-3200
Fax: (212) 869-4242
*Attorneys for Defendant*
*JOHN'S POWER EQUIPMENT*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife, and LIBERTY
MUTUAL INSURANCE COMPANY,                                    Case No.: 07-cv-3914

                Plaintiffs,                 **CERTIFICATE OF SERVICE**

  -against-

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPANY & JOHN'S POWER EQUIPMENT,

                Defendants.
------------------------------------------------------------X

    I hereby certify that on December 7, 2007, I caused to have electronically filed, with the United States District Court for the Southern District of New York, a copy of the ANSWER TO AMENDED COMPLAINT with Jury Demand and Cross-Claim against co-defendants MTD Products, Inc. and Tecumseh Products Company, along with a Rule 7.1 Corporate Disclosure Statement.

    I hereby certify that on December 7, 2007, I caused to have served by regular mail, copies of the aforementioned documents to:

Jeffrey L. Nash, Esq.
Cozen & O'Connor
Libertyview, Suite 300
457 Haddonfield Road
P.O. Box 5459
Cherry Hill, NJ 08002
*Attorneys for Plaintiffs*
*Ronald Valentine and Theresa Valentine*

Rosario M. Vagnali, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
3 Gannett Drive
White Plains, NY 10604
*Attorneys for Defendant*
*MTD Products Inc.*

Bryan H. Mintz, Esq.
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, NJ 07101-0652
*Attorneys for Defendant*
*Tecumseh Products Company*

_____
ALICE SPITZ (AS 5155)

Dated: December 7, 2007