UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------- x
RONALD VALENTINE and THERESA VALENTINE,
husband and wife, and LIBERTY MUTAL INSURANCE      Docket No.: 07-cv- 3914
COMPANY,

                        Plaintiffs,      **FRCP RULE 7.1 DISCLOSURE STATEMENT**

    -against-

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPANY & JOHN'S POWER EQUIPMENT

                        Defendants.
-------------------------------------------------------------------------------- x

**TO THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK:**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the Defendant, MTD PRODUCTS, INC. a non-governmental corporate party, by and through its attorneys, WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, certifies as follows:

      **That no publicly held corporation owns 10% or more of its stock.**

Dated: White Plains, New York
       December 10, 2007

                                      Respectfully Submitted,

                                      **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

                                          s/
                                      Rosario M. Vignali
                                      Attorneys for Defendant
                                      MTD PRODUCTS, INC.
                                      3 Gannett Drive
                                      White Plains, NY 10604
                                      (914) 323-7000
                                      File No.: 10360.00001

TO:   **COZEN O'CONNOR**
       Attorneys for Plaintiffs
       45 Broadway Atrium, 16th Floor
       New York, NY 10006
       212-509-9400

1834003.1

**McCarter & English, LLP**
Attorneys for Tecumseh Products Co.
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101-0652
Attn: Bryan Mintz, Esq.

**Molod, Spitz & DeSantis**
Attorneys for John's Power Equipment
104 West 40th Street
New York, NY 10018-3617
Attn: Alice Spitz, Esq.

1834003.1