UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RONALD VALENTINE and THERESA
VALENTINE, husband and wife,

                         Plaintiffs,         Case No: 07-cv-03914
                                            (WP4)(MDF)

                                            **CONSENT TO**
    -against-                                  **CHANGE ATTORNEY**

MTD PRODUCTS, INC., TECUMSEH PRODUCTS
COMPNY & JOHN'S POWER EQUIPMENT,

                         Defendants.
-----------------------------------------------------------------X

      It is hereby consented that Wilson, Elser, Moskowitz, Edelman & Dicker, LLP., 3 Gannett Drive White Plains NY 10604 be substituted as attorneys of records for the undersigned party in the above-entitled action in place and stead of MOLOD SPITZ DeSANTIS,P.C., 104 West 40th Street, 9th Floor, New York, New York, as of the date hereof.

Dated: New York, New York
         December 20, 2007


WILSON, ELSER, MOSKOWITZ, EDELMAN      MOLOD SPITZ & DeSANTIS, P.C.
& DICKER, LLP.,                                          Outgoing Attorneys for Defendant
Incoming Attorneys for Defendant                 JOHN'S POWER EQUIPMENT
JOHN'S POWER EQUIPMENT


By:_____                    By:_____
    Rosario M. Vignali                             Alice Spitz, Esq. (AS 5155)
    3 Gannett Drive                                  104 West 40th Street, 9th Floor
    White Plains NY 10604                        New York, New York 10018
                                                          Tel: (212) 869-3200
                                                         Fax: (212) 869-4242

JOHN'S POWER EQUIPMENT

By: _____

STATE OF PA , COUNTY OF Pike )SS.:

On the 15 day of January, 2008, before me, the undersigned, a Notary Public in and for said State, personally appeared, personally known to me John Fredericks, or proved to me on the basis of satisfactory evidence to be the individual whose name is/are subscribed to the within instrument, did depose and say that deponent is the President of the corporation described in, that deponent knows the seal of the corporation, that the seal affixed to the Release is the corporate seal, that it was affixed by order of the Board of Directors of the corporation; and that deponent signed deponent's name by like order and acknowledged to me that he/she/they executed the same in his/her/their capacity (ies) and that by his/her/their signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

NOTARIAL SEAL
SUE ANN L KAYTON
Notary Public
WESTFALL TWP, PIKE COUNTY
My Commission Expires Jun 21, 2011