

## COZEN
## O'CONNOR
ATTORNEYS

SUITE 300   LIBERTYVIEW   457 HADDONFIELD ROAD   P.O. BOX 5459   CHERRY HILL, NJ 08002-2220
856.910.5000   800.989.0499   856.910.5075 FAX   www.cozen.com

THOMAS McKAY, III
ATTORNEY RESPONSIBLE
FOR NJ PRACTICE

**Jeffrey L. Nash**
Direct Phone   856.910.5003
Direct Fax        877.259.7985
jnash@cozen.com

June 13, 2008

The Hon. Mark D. Fox, USMJ
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY   10601

<u>**VIA FEDERAL EXPRESS**</u>

RECEIVED
IN CHAMBERS
JUN 17 2008
MARK D. FOX
USMJ SDNY

Re:   Valentine, et al.
        v. MTD Products, et al.
        07 CIV 3914
        Our File No.:   186751

Dear Magistrate Fox:

My firm represents the plaintiffs in the above-referenced case.

Pursuant to the Court's direction, plaintiffs were to provide expert disclosure on this date. However, I received late word from one of plaintiffs' engineers that he will need an additional week to provide his report. Therefore, I respectfully request an additional week to provide expert disclosure, by June 20, 2008. All parties have consented to this request with the understanding that the defendants' experts will be allowed an additional week to provide their expert disclosure, by July 10, 2008.

Thank you for your consideration of this matter.

Respectfully,

COZEN O'CONNOR

BY:   JEFFREY L. NASH

JLN/dcl
   Rosario M. Vignali, Esquire via telecopy
   Bryan Mintz, Esquire via telecopy

6/17/08   [handwritten: Application Granted]

MARK D. FOX
United States Magistrate Judge
Southern District of New York